IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID LOWE, an individual,

    Plaintiff,

vs.                                     CASE NO.: 4:08cv309-SPM/WCS

GE CAPITAL FRANCHISE
FINANCE CORPORATION,
a Florida Corporation,

    Defendant.
_____/

## ORDER GRANTING MOTION TO STAY

The cause comes before the Court on the Joint Motion to Stay Proceedings Pending Remediation (doc. 27). Upon consideration, it is

ORDERED AND ADJUDGED:

1.     The motion (doc. 27) is granted.

2.     This case is stayed pending the parties settlement and remediation efforts.

3.     On or before January 19, 2009, the parties shall file a joint status report on the prospects of settlement.

DONE AND ORDERED this 17th day of December, 2008.

                                    *s/ Stephan P. Mickle*
                                    Stephan P. Mickle
                                    United States District Judge