IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID LOWE, an individual,

    Plaintiff,

vs.                                CASE NO.: 4:08cv309-SPM/WCS

GE CAPITAL FRANCHISE
FINANCE CORPORATION,
a Florida Corporation,

    Defendant.
_____/

## ORDER CONTINUING STAY

The cause comes before the Court on the Joint Status Report (doc. 31). Upon consideration, it is

ORDERED AND ADJUDGED:

1.    The stay previously granted (doc. 28) is continued pending the parties' settlement and remediation efforts.

3.    On or before February 23, 2009, the parties shall file a second joint status report on the prospects of settlement.

DONE AND ORDERED this 22nd day of January, 2009.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                United States District Judge