IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID LOWE, an individual,

    Plaintiff,

vs.       CASE NO.: 4:08cv309-SPM/WCS

GE CAPITAL FRANCHISE
FINANCE CORPORATION,
a Florida Corporation,

    Defendant.
_____/

## ORDER CONTINUING STAY

The cause comes before the Court on the Joint Status Report (doc. 35). Upon consideration, it is

ORDERED AND ADJUDGED:

1. The stay previously granted (doc. 28) is continued pending the parties' settlement and remediation efforts.

3. On or before March 27, 2009, the parties shall file a second joint status report on the prospects of settlement.

DONE AND ORDERED this 25th day of February, 2009.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge